# United States Court of Appeals for the Federal Circuit

---

June 15, 2021

**ERRATA**

---

Appeal No. 2020-2054

**FOCUSVISION WORLDWIDE, INC.,**
*Appellant*

**v.**

**INFORMATION BUILDERS, INC.,**
*Appellee*

Decided:  June 14, 2021
Non-Precedential Opinion

---

Please make the following change:

On page 4, line 8, change "question" to "conclusion"